# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Francisco E., | Case No. 26-CV-0080 (JRT/DJF) |
| Petitioner, | |
| v. | **ORDER** |
| Samuel Olson, Director of St. Paul Field Office, U.S. Immigration and Customs Enforcement; Kristi Noem, Secretary of the U.S. Department of Homeland Security; and Pamela Bondi, Attorney General of the United States in their official capacities, | |
| Respondents. | |

Petitioner Francisco E. challenges his detention without a bond hearing conducted pursuant to 8 U.S.C. § 1226(a). It appears that, by the time that respondents were served with the habeas petition filed in this matter, Petitioner had already been transferred out of the jurisdiction. Accordingly, there is reason to believe that this Court lacks jurisdiction over the petition. The parties are hereby directed to meet and confer regarding whether this matter should be transferred to a more appropriate judicial district and provide a status update to the Court by no later than 3:00 p.m.

SO ORDERED.

Dated: January 8, 2026        *s/ Dulce J. Foster*
                              Dulce J. Foster
                              United States Magistrate Judge

1