UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Francisco E., | Case No. 26-cv-0080 (JRT/DJF) |
| Petitioner, | |
| v. | **ORDER** |
| Samuel Olson, Director of St. Paul Field Office, U.S. Immigration and Customs Enforcement; Kristi Noem, Secretary of the U.S. Department of Homeland Security; and Pamela Bondi, Attorney General of the United States, in their official capacities, | |
| Respondents. | |

---

IT IS HEREBY ORDERED THAT:

1. Respondents shall file an answer to Petitioner Francisco E.'s petition for a writ of habeas corpus by no later than January 12, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

    b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims;

    c. Respondents' recommendation on whether an evidentiary hearing should be conducted; and

1

    d.    Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Avila v. Bondi*, No. 25-CV-3741 (JRT/SGE), 2025 WL 2976539 (D. Minn. Oct. 21, 2025).

3. If Petitioner intends to file a reply to Respondents' answer, he must do so by January 14, 2026. If Petitioner does not intend to file a reply, he must inform the Court of his intent not to file a reply by no later than January 13, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4. Petitioner's motion for an order to show cause (ECF No. 2) is GRANTED IN PART insofar as the briefing schedule set forth above is consistent with the requests made in the motion.

Dated: January 8, 2026        *s/ Dulce J. Foster*
                                      Dulce J. Foster
                                      United States Magistrate Judge