# UNITED STATES DISTRICT COURT
## District of Minnesota

Francisco Escalon Ortega,

                  Petitioner(s),

v.

Samuel Olson, Kristi Noem, Pamela Bondi,

                  Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00080-JRT-DJF

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: Although the Respondents willfully violated the Court's Orders 11 14 , the Court appreciates Respondents' counsel's communication and their efforts to promote Respondents' compliance with the Court's directives. The Court therefore declines to impose any sanctions. This matter therefore shall be closed.

Date: 1/29/2026

KATE M. FOGARTY, CLERK